UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART *an Unincorporated Association*, et al.

       Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, et al.,

       Defendants,             Civ. No. 16-0252 KG/KBM
and                                         Civ. No. 16-0354 KG/KBM

MARIA BAUTISTA, *et al.,*

       Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, et al.,

       Defendants.

ORDER CONSOLIDATING CASES

THIS MATTER having come before the Court on Defendants' Unopposed Motion to Consolidate Case Nos. Civ. 16-252 KG/KBM and Civ. 16-354 KG/KBM, the Court having read the submissions of the parties and being sufficiently advised in the premises, it is hereby ORDERED, ADJUDGED AND DECREED that Case No. Civ. 16-252 KG/KBM and Case No. Civ. 16-354 KG/KBM are hereby consolidated and shall proceed as Case No. Civ. 16-252 KG/KBM.  All future filing shall be filed in Case No. Civ. 16-252 KG/KBM.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE