UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART *an Unicorporated Association*, et al.

       Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, et al.,

       Defendants,

and                                     Civ. No. 16-0252 KG/KBM
                                        Cons. with Civ. No. 16-0354 KG/KBM

MARIA BAUTISTA, *et al.,*

       Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, et al.,

ORDER SETTING A TELEPHONIC STATUS CONFERENCE

       IT IS HEREBY ORDERED that a status conference to discuss scheduling matters will be held by telephone on **THURSDAY, MAY 12, 2016, AT 1:30 PM**.   Counsel shall call the AT&T conference line 888-398-2342 to be connected to the proceedings. The access code is 9614892.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE