IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART, an Unincorporated
Association, *et al.*,

        Plaintiffs,

vs.

THE FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, *et al.*,

        Defendants.

and                                                                                                                          No. 16-CV-252-KG-KBM
                                                                                                             No. 16-CV-354-KG/KBM

MARIA BAUTISTA, *et al.,*

        Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, *et al*.,

        Defendants.

**ORDER FOR BRIEFING SCHEDULE**

       This matter came before the Court telephonically on May 12, 2016, for status and scheduling.  All parties appeared by counsel of record.  Upon the parties' representations that they have agreed to a schedule for filing of the preliminary administrative record, submission of Plaintiffs' Motions for Preliminary Injunction and related briefing, and the Court having approved the parties' proposed schedule, it is the order of the Court that the following schedule shall apply:

1. June 1, 2016, Federal Transit Administration will serve on Plaintiffs' counsel and lodge with the Court an electronic copy of its preliminary Administrative Record;

2. June 9, 2016, *Coalition* and *Bautista* Plaintiffs each file their Motions for Preliminary Injunction and supporting memoranda;

3. June 20, 2016, Federal and City Defendants each file their Response memoranda;

4. June 27, 2016, *Coalition* and *Bautista* Plaintiffs each file their Reply memoranda.

_____
UNITED STATES DISRICT JUDGE