IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED
CITIZENS TO MAKEARTSMART, *et. al.*,

    **Plaintiffs,**

v.

FEDERAL TRANSIT ADMINISTRATION, *et al.*,

    Defendants.  No. 16-cv-00252-KG-KBM

And    consolidated with

MARIA BAUTISTA, *et al.*,  No. 16-cv-00354-KG-KBM

    **Plaintiffs,**

v.

FEDERAL TRANSIT ADMINISTRATION, *et al.*,

    **Defendants.**

### ORDER GRANTING THE BAUTISTA PLAINTIFFS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The Court, having considered the Bautista Plaintiffs' Amended Motion for Extension of Time to File Brief (Doc. 41) and having considered that the motion is unopposed, hereby grants the motion.

**IT IS THEREFORE ORDERED**:

The *Bautista* Plaintiffs' deadline to file their Brief in support of their Motion for Preliminary Injunction is extended to June 10, 2016, all other Deadlines remain in effect.

        _____
        UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/ John McCall*
John McCall
LAW WORKS LLC
120 Tenth St. NW Suite B
Albuquerque NM 87102
(505) 256-1998

*Attorney for Bautista, et al. Plaintiffs*


Approved:

*Electronically Approved 6/7/16*
John W. Boyd
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700 (87102)
P.O. Box 25326
Albuquerque, NM 87125
(505) 842-9960

-and-

GALLEGOS LEGAL GROUP
Yolanda R. Gallegos
315 Eighth Street SW
Albuquerque, NM 87102
(505) 242-8900

*Attorneys for the Coalition of Concerned Citizens to MakeArtSmart, et al. Plaintiffs*


*Electronically Approved 6/7/16*
Davené D. Walker
TYLER L. BURGESS (NC 46989)
DAVENÉ D. WALKER (GA 153042)
Trial Attorneys, Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 616-4119 (Burgess)
Tel: (202) 353-9213 (Walker)
Fax: (202) 305-0506

ANDREW A. SMITH (NM 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
andrew.smith@usdoj.gov
DAMON P. MARTINEZ
United States Attorney

ROBERTO D. ORTEGA
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Tel: (505) 224-1519
Fax: (505) 346-7205
roberto.ortega@usdoj.gov

*Attorneys for Federal Defendants*

**CITY OF ALBUQUERQUE**
Jessica M. Hernandez, City Attorney

 *Electronically approved 6/6/16*
Jessica M. Hernandez, City Attorney
Kristin J. Dalton, Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500 / F: (505) 768-4440

-and-

Marla L. Lien, Esq.
Lori Potter, Esq.
Nicholas M. Clabbers, Esq.
Nathaniel H. Hunt, Esq.
W. Eric Pilsk, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000 / F: (303) 825-7005

*Attorneys for City Defendants*