IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART, an Unincorporated Association; et al.,

    Plaintiffs,

vs.

THE FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, et al.,

**Defendants,**                                                             Civ. No. 16-00252 KG/KBM
and                                                                  Civ. No. 16-00354 KG/KBM

MARIA BAUTISTA, et al.,

    Plaintiffs,

vs.

FEDERAL TRANSPORTATION ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
an Agency of the United States, et al.,

    Defendants.

**ORDER GRANTING CITY DEFENDANTS' UNOPPOSED MOTION TO GRANT THE RELIEF REQUESTED IN THEIR MOTION TO DISALLOW THE *BAUTISTA* PLAINTIFFS' SECOND AMENDED COMPLAINT [DOC. 39]**

The Court, having considered the City Defendants' Unopposed Motion to Grant the Relief Requested in their Motion Disallow the *Bautista* Plaintiffs' Second Amended Complaint [Doc. 39] and having considered that the motion is unopposed, hereby grants the motion.

**IT IS THEREFORE ORDERED**:

    1. The *Bautista* Plaintiffs' Second Amended Complaint, filed on May 12, 2016, [Doc. 31] is disallowed; and

2. The *Bautista* Plaintiffs' First Amended Complaint [Doc. 20-2], as removed by the City on April 28, 2016, with the record having been supplemented on May 6, 2016, is reinstated.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

**CITY OF ALBUQUERQUE**
Jessica M. Hernandez, City Attorney

 /s/ *Kristin J. Dalton*
Jessica M. Hernandez, City Attorney
Kristin J. Dalton, Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500 / F: (505) 768-4440

-and-

Marla L. Lien, Esq.
Lori Potter, Esq.
Nicholas M. Clabbers, Esq.
Nathaniel H. Hunt, Esq.
W. Eric Pilsk, Esq.
Kaplan Kirsch & Rockwell, LLP
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7000 / F: (303) 825-7005

*Attorneys for City Defendants*

Approved:

*Electronically Approved 6/7/16*
John W. Boyd
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700 (87102)
P.O. Box 25326
Albuquerque, NM 87125
(505) 842-9960

-and-

GALLEGOS LEGAL GROUP
Yolanda R. Gallegos
315 Eighth Street SW
Albuquerque, NM 87102
(505) 242-8900

*Attorneys for the Coalition of Concerned Citizens to MakeArtSmart, et al. Plaintiffs*


*Electronically Approved 6/7/16*
John McCall
LAW WORKS LLC
120 Tenth St. NW Suite B
Albuquerque NM 87102
(505) 256-1998

*Attorney for Bautista, et al. Plaintiffs*


*Electronically Approved 6/7/16*
Davené D. Walker
TYLER L. BURGESS (NC 46989)
DAVENÉ D. WALKER (GA 153042)
Trial Attorneys, Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 616-4119 (Burgess)
Tel: (202) 353-9213 (Walker)
Fax: (202) 305-0506

ANDREW A. SMITH (NM 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
andrew.smith@usdoj.gov
DAMON P. MARTINEZ
United States Attorney

ROBERTO D. ORTEGA
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Tel: (505) 224-1519
Fax: (505) 346-7205
roberto.ortega@usdoj.gov

*Attorneys for Federal Defendants*