IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART, an Unincorporated
Association, *et al.*,

        Plaintiffs,

vs.

THE FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, *et al.*,

        Defendants.

and                                   No. 16-CV-252-KG-KBM
                                      No. 16-CV-354-KG/KBM

MARIA BAUTISTA, *et al.*,

        Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, *et al.*,

        Defendants.

**ORDER GRANTING JOINT MOTION TO EXCEED PAGES FOR *COALITION*
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND
MEMORANDUM IN SUPPORT**

      **THIS MATTER** came before the Court upon the Joint Motion by *Coalition* Plaintiffs and Defendants to Exceed Pages for *Coalition* Plaintiffs' Memorandum In Support of Motion for Preliminary Injunction and for Defendants' Response Memoranda. The Court FINDS the joint motion should be granted.

**IT IS HEREBY ORDERED** that the Coalition Plaintiffs' Memorandum shall not exceed 45 pages and Federal Defendants and City Defendants respective Oppositions to Coalition Plaintiffs' Memorandum shall not exceed 40 pages each.

_____
UNITED STATES DISRICT COURT JUDGE