IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART, *et al*.,

               Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION, *et al*.,

               Defendants.

and                                     No. 16-CV-252-KG-KBM
                                     No. 16-CV-354-KG/KBM

MARIA BAUTISTA, *et al.,*             (*Consolidated*)

               Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION, *et al.*,

               Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

      **THIS MATTER** came before the Court upon the Unopposed Motion for Extension of

Time filed by Federal Defendants.  The Court FINDS the unopposed motion should be granted.

      **IT IS HEREBY ORDERED** that the Federal Defendants and City Defendants shall each

file their response memoranda by June 22, 2016, and the *Coalition* and *Bautista* Plaintiffs shall

each file their reply memoranda by June 29, 2016.

_____
UNITED STATES DISRICT JUDGE