IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART, an Unincorporated Association; et al.,
 Plaintiffs,

vs.

THE FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, et al.,
 Defendants,

and                 Civ. No. 16-00252 KG/KBM
                   Civ. No. 16-03454 KG/KBM

MARIA BAUTISTA, et al.,
 Plaintiffs,

vs.

FEDERAL TRANSPORTATION ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
an Agency of the United States, et al.,
 Defendants.

### ORDER GRANTING CITY DEFENDANTS' UNOPPOSED MOTION TO FILE A COMBINED RESPONSE TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION

  **THIS MATTER** having come before the Court on the City Defendants' Unopposed Motion to File a Combined Response to Plaintiffs' Motions for Preliminary Injunction and this Court being advised in the premises **FINDS** that the unopposed motion should be granted.

  **IT IS HEREBY ORDERED** that the City Defendants shall have up to forty-five (45) pages in which to file a combined response to Plaintiffs' Motion for Preliminary Injunction.

                         _____
                         UNITED STATES DISTRICT JUDGE