UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART *an Unicorporated Association*, et al.

      Plaintiffs,

vs.                                                        Civ. No. 16-0252 KG/KBM
                                                         Cons. with Civ. No. 16-0354 KG/KBM

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, et al.,

      Defendants,

and

MARIA BAUTISTA, *et al.,*

      Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, et al.,

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference to discuss pending motions and other matters will be held by telephone on **FRIDAY, JUNE 24, 2016, AT 1:30 PM**. Counsel shall call the AT&T conference line 888-398-2342 to be connected to the proceedings. The access code is 9614892.

                                                                           UNITED STATES DISTRICT JUDGE