IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED
CITIZENS TO MAKEARTSMART, *et. al.*,

        **Plaintiffs,**

v.

FEDERAL TRANSIT ADMINISTRATION, *et al.*,

        Defendants.        No. 1:16-cv-00252-KG-KBM

And        consolidated with

MARIA BAUTISTA, *et al.*,        No. 1:16-cv-00354-KG-KBM

        **Plaintiffs,**

v.

FEDERAL TRANSIT ADMINISTRATION, *et al.*,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO ACCEPT MEMORANDUM IN SUPPORT OF BAUTISTA PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AS TIMELY FILED

    **THIS MATTER** having come before the Court on Motion of the Bautista Plaintiffs, the Court having been advised in the premises, and all Parties being in agreement, the Court finds that the Motion is well taken and therefore shall be granted such that the Bautista Plaintiffs' two Briefs in Reply to the Federal Defendants and the City Defendants separate responses to the Bautista Plaintiffs' Motion for Preliminary Injunction may be extended to a number of pages not to exceed 20.

    **IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ John McCall
John McCall
LAW WORKS LLC
120 Tenth St. NW Suite B
Albuquerque, NM 87102
(505) 256-1998

*Attorney for Bautista, et al. Plaintiffs*

Approved as to Form:

*Electronically Approved 6/28/16*
John W. Boyd
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700 (87102)
P.O. Box 25326
Albuquerque, NM 87125
(505) 842-9960

-and-
GALLEGOS LEGAL GROUP
Yolanda R. Gallegos
315 Eighth Street SW
Albuquerque, NM 87102
(505) 242-8900

*Attorneys for the Coalition of Concerned Citizens to MakeArtSmart, et al. Plaintiffs*

*Electronically Approved 6/28/16*
Tyler L. Burgess
TYLER L. BURGESS (NC 46989)
DAVENE D. WALKER (GA 153042)
U.S. Department of Justice
Trial Attorneys, Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 616-4119 (Burgess)
Tel. (202) 353-9213 (Walker)
Fax. (202) 305-0506

*Attorneys for the Federal Transit Administration*

*Electronically Approved 6/28/16*
CITY OF ALBUQUERQUE
Jessica M. Hernandez, City Attorney
Kristin J. Dalton, Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500 / F: (505) 768-4440

*Attorneys for City Defendants*