IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART, an Unincorporated
Association, *et al*.,

        Plaintiffs,

vs.

THE FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, *et al*.,

        Defendants.

and                                         No. 16-CV-252-KG-KBM
                                          No. 16-CV-354-KG/KBM

MARIA BAUTISTA, *et al.,*

        Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION OF
U.S. DEPARTMENT OF TRANSPORTATION,
an Agency of The United States, *et al.*,

        Defendants.

**ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS**

**THIS MATTER** having come before the Court upon the *Coalition* Plaintiffs' Unopposed Motion to Exceed Page Limits for Their Reply Memoranda in Support of their Motion for Preliminary Injunction, the Court being advised of the circumstances FINDS the motion should be granted.

**IT IS HEREBY ORDERED** that the Coalition Plaintiffs' Replies to the two Oppositions to Motion for Preliminary Injunction shall not exceed 26 pages for the reply that covers all NEPA issues (FTA's as well as City's); and not exceeding 18 pages for the reply to the City's Opposition that covers all the "Historic Issues."

                                                                        _____
                                                                        UNITED STATES DISRICT JUDGE