UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COALITION OF CONCERNED CITIZENS
TO MAKEARTSMART, *an Unincorporated Association*, *et al.*

      Plaintiffs,

vs.                                       Civ. No. 16-0252 KG/KBM
                                            Cons. with Civ. No. 16-0354 KG/KBM

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, *et al.*,

      Defendants,

and

MARIA BAUTISTA, *et al.*,

      Plaintiffs,

vs.

FEDERAL TRANSIT ADMINISTRATION
OF U.S. DEPARTMENT OF TRANSPORTATION
*an Agency of the United States*, *et al.*,

      Defendants.

### ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference to discuss the scope of the hearing set on July 27 & 28 will be held by telephone on **TUESDAY, JULY 19, 2016, AT 8:30 AM**. Counsel shall call the AT&T conference line 888-398-2342 and use access code 9614892 to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE